Inasmuch as no objection is pending at this time, the stay is lifted.
JUL 15 2008
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN 27 2008
FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION** MDL No. 1905

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-12)**

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 100 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY
JUL 15 2008
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

SCANNED
JUL 21 2008
U.S. DISTRICT COURT MPLS

**IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION** MDL No. 1905

**SCHEDULE CTO-12 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| ARKANSAS EASTERN | | |
| ARE 4 08-492 | Billy D. Hayes v. Medtronic, Inc., et al. | 08-4739 |
| MASSACHUSETTS | | |
| MA 3 08-30115 | Lewis Sweener, et al. v. Medtronic, Inc. | 08-4740 |
| NEW YORK EASTERN | | |
| NYE 1 08-1717 | Simone Allen, et al. v. Medtronic, Inc., et al. | 07-4741 |